**Robert COOPER, Plaintiff—Appellant,**

v.

**Dwight JOHNSON; Reddick Lane; Eric Jefferson; Timothy Bullock; Ashley Riley; Ali Crosland; Ronald Orange; Lehrman W. Dotson, Defendants—Appellees.**

No. 06–6406.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 24, 2006.

Robert Cooper, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Cooper seeks to appeal the district court order denying Cooper's motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cooper seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*